Thomas L. Qualls, ESQ.
Nevada State Bar No. 8623
720 Tahoe Street, Suite B
Reno, NV 89509
Telephone: (775) 333-6633
Counsel for Petitioner/Defendant
Chase A. Henderson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Respondent/Plaintiff,<br><br>　v.<br><br>CHASE A. HENDERSON,<br><br>　　　　Petitioner/Defendant. | Case No. 3:15-CR0080-RCJ-WGC-1 |

**Order Granting Motion to Withdraw as Counsel
Due to New Employment with The State of Nevada**

　　The undersigned counsel for Defendant, Thomas L. Qualls, Esq., hereby moves this Court to withdraw as counsel in this matter. The withdrawal is necessary because the undersigned has accepted a position of employment with the State of Nevada and has to close down his practice immediately. Counsel is appointed in this matter pursuant to the CJA and it is requested that substitute counsel be appointed for Defendant.

/ / /


/ / /

ORDER

IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 75) is GRANTED.

IT IS FURTHER ORDERED that the CJA Unit for the Federal Public Defender's Office shall assign new counsel for Mr. Henderson.

IT IS SO ORDERED.

DATED: April 1, 2021.

_____
ROBERT C. JONES,
United States District Judge