AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff-Respondent,

v.

KRISTAFER ROBINSON,
CHASE A. HENDERSON,

           Defendants-Petitioners.

JUDGMENT

Case Number: **3:15-cr-00080-RCJ**
(Related Cases  3:20-cv-00137-RCJ;
                 3:20-CV-00347-RCJ)

__  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motions to Vacate, Set Aside, or Correct Sentence (ECF Nos. 57, 63, 64) are **DENIED**.
    **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.

Date: November 9, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk